SKILLIN v. ENDELMAN et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Augustus H. Skil-

lin against Abraham Endelman and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.